# In The United States Court of Federal Claims

No. 09-75L

(Filed: February 20, 2009)

_____

KLAMATH TRIBE CLAIMS COMMITTEE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 19, 2009, defendant filed an unopposed motion for enlargement of time, requesting an additional 30 days within which to file its response to plaintiff's complaint. The motion is hereby **GRANTED**. Accordingly, on or before May 7, 2009, defendant shall file its response.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge