# In The United States Court of Federal Claims

No.  09-75L

(Filed:  May 19, 2009)

_____

KLAMATH CLAIMS COMMITTEE,

            Plaintiff,

    v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On May 15, 2009, plaintiff filed an unopposed motion for enlargement of time, requesting an additional 14 days, up to and including June 22, 2009, within which to file its response to defendant's motion to dismiss.  On May 18, 2009, defendant filed an unopposed motion for enlargement of time within which to file its reply to plaintiff's response to its motion to dismiss, requesting an additional 14 days from what it determined to be its reply date, July 6, 2009.  Plaintiff's motion is hereby **GRANTED**.  As plaintiff has not yet filed its response, defendant's motion is moot and that motion therefore is **DENIED,** without prejudice, to be renewed should circumstances warrant.  Accordingly, on or before June 22, 2009, plaintiff shall file its response to defendant's motion to dismiss.

   **IT IS SO ORDERED.**


                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge