# In The United States Court of Federal Claims

No. 09-75L

(Filed: January 7, 2010)

_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 4, 2010, the court received plaintiff's status report regarding his availability for oral argument. Based on the court's review of the report, the court intends to schedule oral argument for April, 2010. If, at that point, plaintiff is still unavailable, the court will conduct a status conference to determine how this case should proceed.

    **IT IS SO ORDERED.**


                                                                    s/ Francis M. Allegra
                                                                      Francis M. Allegra
                                                                       Judge