# In The United States Court of Federal Claims

No. 09-75L

(Filed: February 22, 2010)

_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss will be held in this case on Friday, April 16, 2010, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra  
                                                      Francis M. Allegra  
                                                       Judge