# In The United States Court of Federal Claims

No. 09-75L

(Filed: March 25, 2010)

_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The oral argument on defendant's motion to dismiss that was originally scheduled for April 16, 2010, has been rescheduled for Monday, April 19, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge