# In The United States Court of Federal Claims

No. 09-75L

(Filed: April 20, 2010)

_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 19, 2010, oral argument on defendant's motion to dismiss was held in this case. Participating in the argument were Daniel Israel, for plaintiff, and Maureen Rudolph, for defendant. Pursuant to discussions at the hearing, the court orders the following:

1. On or before June 18, 2010, plaintiff shall file an affidavit or resolution from an appropriate Tribal official or officials directly addressing plaintiff's authority to file a claim in this matter;

2. No extensions of this deadline shall be granted; and

3. Following plaintiff's submission, defendant shall contact chambers if it wishes to file a response.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge