

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 2 0 2011
U.S. COURT OF
FEDERAL CLAIMS
by leave of the Judge

| | |
|---|---|
| KLAMATH CLAIMS COMMITTTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-75L |
| ) | Judge Francis M. Allegra |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## THE KLAMATH TRIBES' RESPONSE TO THE COURT'S INVITIATION TO SEEK TO INTERVENE

Pursuant to the Court's Opinion and Order of February 11, 2011 (Document 36) the Klamath Tribes hereby respond to the Court's generous invitation to seek to intervene in this suit and after careful review, and with due respect, the Tribes decline to intervene. The Tribes concur that they have an interest in the remaining subject matter of this lawsuit and that disposing of this case in the Tribes' absence may, as a practical matter, impede the Tribes' ability to protect that interest. It is, moreover, the position of the Tribes that the Plaintiff Claims Committee has no authority to speak for or represent the Tribes.

Respectfully submitted this 7 day of April, 2011

Carl Ullman
Counsel for The Klamath Tribes
Box 957
Chiloquin, OR 97624-0957
541 783 3081
bullman3@earthlink.net

## CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2011, I mailed by USPS copies of the documents listed below to the parties and the court listed below.

*[signature: Carl Ullman]*

Carl Ullman
Counsel for the Klamath Tribes
Box 957
Chiloquin, OR 97624-0957
541 783 3081
bullman3@earthlink.net

Documents:

    KLAMATH TRIBES' RESPONSE TO THE COURT'S INVITATION TO SEEK TO INTERVENE

    CERTIFICATE OF SERVICE

To the Court:

    Clerk, Court of Federal Claims
    717 Madison Place, NW
    Washington, DC  20005

To the Plaintiff:

    Law Offices of Daniel Israel
    1315 Bear Mountain Drive
    Boulder, CO 80305

To the Defendant:

    Maureen Elizabeth Rudolph
    U.S. Department of Justice – ENRD
    601 D Street, NW
    3rd Floor
    Washington, DC 20004