# In The United States Court of Federal Claims

No.  09-75C

(Filed:  May 24, 2011)

_____

KLAMATH CLAIMS COMMITTEE,

           Plaintiff,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On May 23, 2011, the court received a letter from plaintiff requesting additional time to obtain counsel in this case.  The court has attempted to contact plaintiff on several occasions but did not receive contact information until now.  On or before June 24, 2011, plaintiff shall obtain counsel and that counsel shall file a notice of appearance (pursuant to RCFC 83.1(c)(3)(A)).  The Clerk is hereby ordered to effectuate service of this order directly on plaintiff at 62185 Crown Point Road, Coos Bay, OR 97420.

    **IT IS SO ORDERED.**

                         s/ Francis M. Allegra
                         Francis M. Allegra
                         Judge