# In The United States Court of Federal Claims

No. 09-75C

(Filed: June 24, 2011)
_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On June 22, 2011, the court received a letter from plaintiff requesting additional time to obtain counsel in this case. On or before July 26, 2011, plaintiff shall obtain counsel and that counsel shall file a notice of appearance (pursuant to RCFC 83.1(c)(3)(A)). If plaintiff fails to obtain counsel in this matter by the date ordered, this court will issue an order to show cause why this case should not be dismissed for lack of prosecution. The Clerk is hereby ordered to effectuate service of this order directly on plaintiff at 62185 Crown Point Road, Coos Bay, OR 97420.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge