# In The United States Court of Federal Claims

No. 09-75C

(Filed: July 18, 2011)
_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER TO SHOW CAUSE**
_____

      On July 12, 2011, plaintiff filed a notice requesting additional time to replace legal counsel. This request is hereby **DENIED**. Since April 22, 2011, the court has granted plaintiff two extensions to obtain counsel. On or before August 22, 2011, plaintiff is hereby ordered to **SHOW CAUSE** why this case should not be dismissed for lack of prosecution pursuant to RCFC 41(b). Failure to respond by August 22, 2011, will result in dismissal of the case for failure to prosecute. Plaintiff need not respond to this order should new counsel be appointed and enter an appearance on or before August, 22, 2011. The Clerk is hereby ordered to effectuate service of this order directly on plaintiff at 62185 Crown Point Road, Coos Bay, OR 97420.

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra  
                                                    Francis M. Allegra  
                                                    Judge