# In The United States Court of Federal Claims

No. 09-75C

(Filed: August 11, 2011)
_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On April 20, 2011, the Klamath Tribe, declined to intervene in the present litigation. On August 8, 2011, plaintiff filed motion for leave to allow supplemental briefing addressing Klamath Tribe's Response. On or before September 26, 2011, the parties shall file simultaneous briefs addressing Klamath Tribe's response and, in particular, whether Klamath Tribe is an indispensible party under RCFC 19(b). *See Klamath Tribes Claims Comm. v. United States*, 97 Fed. Cl. 203 (2011).

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge