# In The United States Court of Federal Claims

No. 09-75C

(Filed: October 28, 2011)

_____

KLAMATH CLAIMS COMMITTEE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On October 7, 2011, the Klamath Tribe filed a motion for leave to file an amicus brief. On October 24, 2011, plaintiff filed its response to the motion. On or before October 31, 2011, defendant shall file a response indicating whether it is opposed to the motion for leave to file an amicus brief.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge