## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KLAMATH CLAIMS COMMITTEE, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 09-75C-FMA <br> Judge Francis M. Allegra |

### PLAINTIFF'S MOTION
### FOR LEAVE TO AMEND ITS COMPLAINT

For the reasons explained in the accompanying memorandum of law and accompanying exhibits, Plaintiff respectfully moves this Court pursuant to RCFC Rule 15(a) for leave to amend its complaint to add claims for breach of trust duties and to clarify facts relevant to the existing claims.

Dated: April 24, 2012

          Respectfully Submitted,
          *s/ Thomas W. Fredericks*
          THOMAS W. FREDERICKS
          tfredericks@ndnlaw.com
          Tel: (303) 671-9600
          Fax: (303) 671-9155
          Fredericks Peebles & Morgan LLP
          1900 Plaza Drive
          Louisville, Colorado  80027

          Attorney of Record for Plaintiff

          OF COUNSEL

          MATTHEW J. KELLY
          mkelly@ndnlaw.com
          Tel: (202) 450-4887
          Fax: (202) 450-5106
          Fredericks Peebles & Morgan LLP
          1301 Connecticut Avenue, NW, Ste. 450
          Washington, DC  20036